UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREEMAN,<br><br>Plaintiff,<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING,<br><br>Defendant. | Case No. 21-cv-02842-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 31 |

Defendant advises the Court that the parties have reached a settlement of this case in principal and that the parties expect to file a dismissal with prejudice within forty-five days. (Dkt. 31.) Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within forty-five days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of forty-five days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: July 13, 2021

_____
SALLIE KIM
United States Magistrate Judge